## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CASEY BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 1:23-CV-05322 -AT |
| | ) | |
| CITY OF ALPHARETTA, GEORGIA; BRIAN IADZE; MONIQUE CLARK; AND ANGELA BENTON, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

### DEFENDANT SERGEANT ANGELA BENTON'S NOTICE OF MANUAL FILING OF VIDEO EVIDENCE IN SUPPORT OF MOTION TO DISMISS

COMES NOW Defendant Angela Benton (hereinafter "Sgt. Benton"), by and through undersigned counsel, gives notice of manual filing of body camera footage of the incident/booking process of Plaintiff, Casey Bennett on June 5, 2023 produced by the Fulton County Sheriff's Department in Support of Defendant, Sergeant Angela Benton's Motion to Dismiss.

Respectfully submitted, this 5th day of January 2024.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Kaye W. Woodard-Burwell
Deputy County Counsel
Georgia Bar No. 775060

Shalanda M. J. Miller
Deputy County Counsel
Georgia Bar No. 122544

/s/ Sandy Milord
Sandy Milord
Senior Assistant County Counsel
Georgia Bar No. 622391

/s/ Richard Caplan
Richard Caplan
Georgia Bar No. 597634
Senior Assistant County Counsel

**ATTORNEYS FOR ANGELA BENTON**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CASEY BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:23-CV-05322 -AT |
| ) | |
| CITY OF ALPHARETTA, ) | |
| GEORGIA; ) | |
| BRIAN IADZE; ) | |
| MONIQUE CLARK; AND ) | |
| ANGELA BENTON, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned counsel has presented this document in Times New Roman, 14-point type in accordance with L.R. 5.1(C) and served a copy of the foregoing **DEFENDANT SERGEANT ANGELA BENTON'S NOTICE OF MANUAL FILING OF VIDEO EVIDENCE IN SUPPORT OF MOTION TO DISMISS** through the Court ECF filing system as follows to all counsel of record:

This 5th day of January, 2024.

George Brian Spears
Jeffrey Filipovits
Wingo F. Smith
Spears & Filipovits, LLC
315 W Ponce de Leon Avenue, Suite 865
Decatur, GA 30030

/s/ Sandy Milord
Sandy Milord
Senior Assistant County Counsel
Georgia Bar No. 622391

/s/ Richard Caplan
Richard Caplan
Georgia Bar No. 597634
Senior Assistant County Counsel
Richard.Caplan@fultoncountyga.gov

**ATTORNEYS FOR ANGELA BENTON**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)