UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASEY BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. |
| v. | ) 1:23-CV-05322 - AT |
| | ) |
| CITY OF ALPHARETTA, GEORGIA; BRIAN IADZE; MONIQUE CLARK; AND ANGELA BENTON; | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ANGELA BENTION'S MOTION TO STAY PRELIMINARY DEADLINES

COMES NOW, Angela Benton, ("Defendant" or "Defendant Benton"), by and through her undersigned counsel, and hereby moves this Court to stay pre-discovery deadlines pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 26 until this Court has ruled on the pending Motion to Dismiss filed by Defendant Benton. In support of her Motion, Defendant Benton relies upon the Brief in Support filed contemporaneously herewith.

Respectfully submitted, this 8th of February, 2024.

1

**OFFICE OF THE FULTON COUNTY ATTORNEY**

*/s/ Sandy Milord*
Sandy Milord
Senior Assistant County Counsel
Georgia Bar No. 622391

/s/ Richard Caplan
Richard Caplan
Georgia Bar No. 597634
Senior Assistant County Counsel
Richard.Caplan@fultoncountyga.gov

**ATTORNEYS FOR ANGELA BENTON**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CASEY BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:23-CV-05322 - AT |
| ) | |
| CITY OF ALPHARETTA, ) | |
| GEORGIA; ) | |
| BRIAN IADZE; ) | |
| MONIQUE CLARK; AND ) | |
| ANGELA BENTON; ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF COMPLIANCE AND SERVICE

The undersigned hereby certified that on this day, the foregoing **DEFENDANT ANGELA BENTON'S MOTION TO STAY PRELIMINARY DEADLINES** was prepared using Times New Roman 14-point type in accordance with Local Rule 5.1B and electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record. I further certify that on this day Plaintiff was served with a copy of same by depositing in the U.S. Mail with adequate postage affixed thereto and addressed as follows:

George Brian Spears
Jeffrey Filipovits
Wingo Smith
**Spears & Filipovits, LLC**
315 W Ponce de Leon Avenue
Suite 865
Decatur, GA 30030
bspears@civil-rights.law
jeff@civil-rights.law
wingo@civil-rights.law
Counsels for Plaintiff

Respectfully submitted, this 8th of February, 2024.

          **OFFICE OF THE FULTON COUNTY ATTORNEY**

          ***/s/ Sandy Milord***
          Sandy Milord
          Senior Assistant County Counsel
          Georgia Bar No. 622391

          /s/ Richard Caplan
          Richard Caplan
          Georgia Bar No. 597634
          Senior Assistant County Counsel
          Richard.Caplan@fultoncountyga.gov

          **ATTORNEYS FOR ANGELA BENTON**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)