# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CASEY BENNETT, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF ALPHARETTA, ) <br> GEORGIA; ) <br> BRIAN IADZE; ) <br> MONIQUE CLARK; AND ) <br> ANGELA BENTON; ) <br> ) <br>     Defendants. ) | CIVIL ACTION FILE NO. <br> 1:23-CV-05322 - AT |

## BRIEF IN SUPPORT OF ANGELA BENTON'S MOTION TO STAY PRELIMINARY DEADLINES

COMES NOW, Angela Benton ("Defendant" or "Defendant Benton") by and through her undersigned counsel, and hereby files her Brief in Support of Angela Benton's Motion to Stay Preliminary Deadlines, respectfully moving the Court to issue an Order staying certain pretrial deadlines established by the Federal Rules of Civil Procedure and the Civil Local Rules for the United States District Court for the Northern District of Georgia and to stay discovery until this Court rules on the pending Motion to Dismiss Plaintiff's Complaint filed by Defendant Benton.

I. **BACKGROUND & PROCEDURAL HISTORY**

On November 20, 2023, the Plaintiff filed her Complaint against Defendant Angela Benton, the City of Alpharetta, Georgia, Brian Iadze, and Monique Clark.[1] The Plaintiff asserts 42 U.S.C. § 1983 claims against Defendants based on alleged violations of federal law.[2] In lieu of filing an answer, Defendant Benton filed her Motion to Dismiss the Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12 (b)(6) on January 5, 2024.[3]

The parties have not yet engaged in Fed. R. Civ. Pro. 26 (f) early planning conference nor have the parties filed the Joint Preliminary Planning Report and Discovery Plan and Initial Disclosures. This case is not currently on any pre-trial calendar and discovery has not yet commenced.

II. **ARGUMENT AND CITATION OF AUTHORITY**

The 11th Circuit has recognized the district court's authority to issue an order staying pretrial deadlines and discovery pending a ruling on defendant's motion to dismiss. *See Patterson v. U.S. Postal Serv.*, 901 F.2d 927, 929 (11th Cir. 1990) (holding that the district court did not abuse its discretion in staying pretrial and discovery deadlines because the court had "sufficient information before it upon which to rule" on the pending motion to dismiss or for summary judgement);

---

[1] Doc. 1, *generally.*
[2] *See id.*
[3] Doc. 11 and 12, entire.

*Lawrence v. Governor of Georgia*, 721 F. App'x 862, 864 (11th Cir. 2018) (holding that the district court did not abuse its discretion in granting, in part, defendant's motion to stay discovery and pretrial deadlines); *see Chadasama v. Mazda Motor Corp.*, 123 F. 3d 1353, 1367 (11th Cir. 1997) (determining that when a pending motion challenges the legal sufficiency of a claim, the motion should be resolved before discovery begins). The undersigned contacted Plaintiff's Counsel to obtain a Motion to Stay Preliminary Deadlines on consent, however, Plaintiff's Counsel has declined consent.

As demonstrated in Defendant Benton's Motion to Dismiss and Brief in Support, the Complaint is ripe for dismissal because Defendant Benton asserts that she is entitled to Qualified Immunity since the duty to intervene was never triggered, as reasonable force was used by Defendant Clark; and because Defendant Benton had no reasonable opportunity to intervene. Should the Court deny the instant Motion to Stay Peliminary Deadlines, the parties will expend time and resources to satisfy requirements imposed by Fed. R. Civ. Pro. 26, specifically, they will conduct a Rule 26 (f) conference, prepare and serve Initial Disclosures, and prepare a Joint Preliminary Planning Report and Discovery Plan. These efforts will be for naught and the resulting filings will be unnecessary if this Court grants Defendant Benton's pending Motion to Dismiss because the Complaint would be resolved as against Defendant Benton. Defendant Benton asserts that the parties will not be prejudiced

by granted the instant motion and that she seeks the stay in good faith and not for the purpose of delay or any other purpose contrary to the Federal Rules of Civil Procedure or the Local Rules of this Court.

Therefore, Defendant Benton respectfully requests that this Court stay the following deadlines until after the Court rules on the pending Motion to Dismiss and after an answer is filed.

(1) Rule 26 (f) Early Planning Conference, L.R. 16.1 N.D.Ga;

(2) Joint Preliminary Planning Report and Discovery Plan, L.R. 16.2, N.D.Ga; and

(3) Initial Disclosures, L.R. 26.1 N.D.Ga.

## III.  CONCLUSION

Based on the foregoing and in the interest of judicial economy and efficiency, Defendant Benton respectfully requests that the Court grant Defendant Benton's Motion to Stay Preliminary Deadlines. A proposed Order is attached for the Court's convenience.

Respectfully submitted, this 8th February 2024.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

*/s/ Sandy Milord*
Sandy Milord
Senior Assistant County Counsel
Georgia Bar No. 622391

/s/ Richard Caplan
Richard Caplan
Georgia Bar No. 597634
Senior Assistant County Counsel
Richard.Caplan@fultoncountyga.gov

**ATTORNEYS FOR ANGELA BENTON**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CASEY BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:23-CV-05322 - AT |
| ) | |
| CITY OF ALPHARETTA, ) | |
| GEORGIA; ) | |
| BRIAN IADZE; ) | |
| MONIQUE CLARK; AND ) | |
| ANGELA BENTON; ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF COMPLIANCE AND SERVICE

The undersigned hereby certified that on this day, the foregoing **DEFENDANT ANGELA BENTON'S BRIEF IN SUPPORT OF MOTION TO STAY PRELIMINARY DEADLINES** was prepared using Times New Roman 14-point type in accordance with Local Rule 5.1B and electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record. I further certify that on this day Plaintiff was served with a copy of same by depositing in the U.S. Mail with adequate postage affixed thereto and addressed as follows:

George Brian Spears
Jeffrey Filipovits
Wingo Smith
**Spears & Filipovits, LLC**
315 W Ponce de Leon Avenue
Suite 865
Decatur, GA 30030
bspears@civil-rights.law
jeff@civil-rights.law
wingo@civil-rights.law
Counsels for Plaintiff

Respectfully submitted, this 8th of February, 2024.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

*/s/ Sandy Milord*
Sandy Milord
Senior Assistant County Counsel
Georgia Bar No. 622391

/s/ Richard Caplan
Richard Caplan
Georgia Bar No. 597634
Senior Assistant County Counsel
Richard.Caplan@fultoncountyga.gov

**ATTORNEYS FOR ANGELA BENTON**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)