UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASEY BENNETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF ALPHARETTA, )<br>GEORGIA; )<br>BRIAN IADZE; )<br>MONIQUE CLARK; AND )<br>ANGELA BENTON; )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION FILE NO.<br>1:23-CV-05322 - AT |

## **[PROPOSED] ORDER STAYING PRELIMINARY DEADLINES**

Defendant Angela Benton ("Defendant" or "Defendant Benton"), Motion to Stay Preliminary Deadlines (the "Motion") having been read and fully considered, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and the parties' obligations to comply with this Court's local rules and the Federal Rules of Civil Procedure for conducting the Rule 26(f) conference, serving Initial Disclosures and filing a Joint Preliminary Planning Report and Discovery Plan are hereby **STAYED** pending the Court's ruling on the pending Motion to Dismiss filed by Defendant Benton.

Should the Court later deny the pending Motion to Dismiss, the parties are hereby **ORDERED** to comply with the rules for conducting the Rule 26(f)

1

conference, serving initial disclosures and filing a Joint Preliminary Planning Report and Discovery Plan within thirty (30) days of the date of the Court's Order denying the pending Motion to Dismiss.

    IT IS SO ORDERED, this \_\_\_\_ day of _____ , 2024.

_____
The Honorable Amy Totenberg
United States District Judge
Northern District of Georgia
Atlanta Division